IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| GREG GELBURD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 7:18-cv-215 |
| | ) |
| VICKI CHRISTIANSEN, Interim Chief, | ) |
| United States Forest Service, | ) |
| | ) |
| and | ) |
| | ) |
| JOBY L. TIMM, Supervisor | ) |
| George Washington and Jefferson | ) |
| National Forest, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

The Parties, by Counsel, by consent and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, ***without prejudice***. The parties further agree that each will bear their own costs and fees.

DATED this 25th day of May, 2018.

Respectfully Submitted,

FOR DEFENDANTS

THOMAS T. CULLEN
United States Attorney

*/s/ Rick A. Mountcastle*
Rick A. Mountcastle (VSB #19768)
310 First St., S.W. #906
Roanoke, Virginia 24011
Tel: 540-857-2250; Fax: 540-857-2283
rick.mountcastle@usdoj.gov

FOR PLAINTIFF

*/s/ Tammy L. Belinsky*
Tammy L. Belinsky, Esq. (Va. Bar 43424)
9544 Pine Forest Road
Copper Hill, Virginia 24079
Telephone: 540-929-4222
Facsimile: 540-929-9195
tambel@hughes.net

Alan Graf, Esq.  
Pro Hac Vice  
208 Pine Street  
Floyd, Virginia 24091  
Telephone: 931-231-4119  
alanstuartgraf@gmail.com